HEATHER E. WILLIAMS, SBN 122664
Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
Heather_williams@fd.org

Attorney for Defendant
JEFFREY CALDWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JEFFREY CALDWELL,<br>Defendant. | ) | Case No. 2:25-cr-0055-DC<br><br>**STIPULATION AND ORDER TO SET RESENTENCING DATE AND SETTING UPDATED PRESENTENCE REPORT DATES**<br><br>SC Date: August 14, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Charles Campbell, counsel for Plaintiff; and Federal Defender Heather Williams, counsel for JEFFREY CALDWELL, and after consulting with Senior United States Probation Officer Steven Davis, that:

1. The Status Conference, currently set for August 14, 2026, be vacated;
2. MR. CALDWELL's resentencing occur **Friday, November 20, 2026, at 9:30 a.m.**;
3. Probation submit its updated *Final Presentence Report* by October 30, 2026;

4. The parties submit any *Formal Objections* to the updates *Final Presentence Report* by November 6, 2026; and

5. The parties submit any:

    a. replies to the *Formal Objections* and

    b. *Sentencing Memoranda*

    by November 13, 2026.

The parties therefore respectfully request this Court adopt the parties' *Stipulation* as its *Order*.

Respectfully submitted,

Date: August 10, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Heather E. Williams*
HEATHER E. WILLIAMS
Federal Defender
Attorney for Defendant
JEFFREY CALDWELL

Date: August 10, 2026

ERIC GRANT
United States Attorney

*/s/ Charles Campbell*
CHARLES CAMPBELL
Assistant United States Attorney
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on August 10, 2026 (Doc. No. 76), and good cause appearing therefrom, APPROVES, as modified, the parties' request as to scheduling. Accordingly, the Status Conference set for August 14, 2026, is VACATED and a Sentencing Hearing is SET for November 20, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the Updated Final Presentence Report shall be submitted no later than October 30, 2026; Formal Objections or any Motion for Correction shall be submitted no later than November 6, 2026; and Reply, or Statement of Non-Opposition and any other briefing the parties want the court to consider shall be submitted no later than November 12, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated: **August 11, 2026**

Dena Coggins
United States District Judge